IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN GARNER,

      Plaintiff,

v.                                CASE NO.  4:08cv276-RH/WCS

COUNSELOR DOLE, et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  This matter is transferred to the United States District Court for the Middle District of Florida, Ocala Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on August 13, 2008.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge